# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LEE THOMPSON,<br><br>             Plaintiff,<br><br>     v.<br><br>GARCIA-FERNANDEZ, *et al.*,<br><br>             Defendants. | Case No.  1:22-cv-01208-JLT-BAM (PC)<br><br>ORDER DENYING MOTION FOR SUBPOENA AS PREMATURE<br><br>(ECF No. 15) |

      Plaintiff Tommy Lee Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On January 9, 2023, the undersigned issued findings and recommendations to the assigned District Judge, recommending that this action proceed against Defendants E. Garcia-Fernandez, Bravo, Guerro, C. Castillo, Gonzales, and Espanoza for excessive force in violation of the Eighth Amendment.  (ECF No. 14.)  Those findings and recommendations are pending before the District Judge.  No defendant has yet been served, and discovery has not yet opened.

      Currently before the Court is Plaintiff's motion requesting issuance of a subpoena, filed February 2, 2023.  (ECF No. 15.)  Plaintiff requests that the Court subpoena CDCR Medical at LAC-CSP to forward the medical history pertaining to this case, regarding injuries Plaintiff suffered.  Plaintiff attaches an example of a 7219 medical report of injury or unusual occurrence.  Plaintiff further states that he will require surgery on his nose, but was told by a specialist that he must wait a year to have his nose fixed due to how long CDCR took to send Plaintiff to the specialist.  (*Id.*)  Based on this filing, it appears that Plaintiff is requesting the issuance of a third-party subpoena directed at CDCR Medical at CSP-LAC.

1

Subject to certain requirements, Plaintiff is entitled to the issuance of a subpoena commanding the production of documents from a non-party, Fed. R. Civ. P. 45, and to service of the subpoena by the United States Marshal, 28 U.S.C. § 1915(d).  However, the Court will consider granting such a request only if the documents sought from the non-party are not equally available to Plaintiff and are not obtainable from Defendants through a request for the production of documents.  Fed. R. Civ. P. 34.  A request for the issuance of a records subpoena requires Plaintiff to: (1) identify with specificity the documents sought and from whom, and (2) make a showing that the records are only obtainable through that third party.

Plaintiff's instant request does not meet these requirements.  Although Plaintiff has identified a time period and the types of documents sought and from whom, Plaintiff has not established that these records are only obtainable through the specified third party, here, CDCR Medical at CSP-LAC.

Furthermore, Plaintiff's request is premature.  The District Judge has not yet adopted the findings and recommendations, and this action does not yet proceed on any cognizable claims.  Therefore, no defendants have been served with the complaint, appeared, or filed a response.  If the District Judge adopts the findings and recommendations, the undersigned will issue an order for service of the complaint on the remaining defendants.  Once those defendants appear in this action, the Court will issue an order opening discovery.  If Plaintiff is unable to obtain the information or evidence he needs through the normal process of serving discovery on the named defendants, he may renew his motion for a third-party subpoena, if necessary.

Accordingly, Plaintiff's motion for a third-party subpoena, (ECF No. 15), is HEREBY DENIED, without prejudice, as premature.

IT IS SO ORDERED.

Dated:   **February 2, 2023**              /s/ *Barbara A. McAuliffe*              
                                           UNITED STATES MAGISTRATE JUDGE

2