**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY LEE THOMPSON,<br><br>         Plaintiff,<br><br>    v.<br><br>GARCIA-FERNANDEZ, *et al.*,<br><br>         Defendants. | Case No. 1:22-cv-01208-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 14) |

The assigned magistrate judge issued findings and recommendations that this action proceed on Plaintiff's complaint against Defendants E. Garcia-Fernandez, Bravo, Guerro, C. Castillo, Gonzales, and Espanoza for excessive force in violation of the Eighth Amendment. (Doc. 14.) The magistrate judge further recommended that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The Court served the findings and recommendations Plaintiff and notified him that any objections were to be filed within 14 days after service. (*Id.* at 7.) No objections have been filed, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

   1. The findings and recommendations issued on January 9, 2023, (Doc. 14), are

1

**ADOPTED IN FULL.**

2. This action shall proceed on Plaintiff's complaint, filed September 23, 2022, (Doc. 1), against Defendants E. Garcia-Fernandez, Bravo, Guerro, C. Castillo, Gonzales, and Espanoza for excessive force in violation of the Eighth Amendment.

3. All other claims and defendants are **DISMISSED** from this action for failure to state claims upon which relief may be granted.

4. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **February 27, 2023**                          /s/ Jennifer L. Thurston
                                                       UNITED STATES DISTRICT JUDGE

2