# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LEE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARCIA-FERNANDEZ, *et al.*,<br><br>　　　　Defendants. | Case No. 1:22-cv-01208-JLT-BAM (PC)<br><br>ORDER REGARDING DEFENDANTS' NOTICE TO OPT OUT OF EARLY SETTLEMENT CONFERENCE<br>(ECF No. 33)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING NOVEMBER 8, 2023 SETTLEMENT CONFERENCE<br>(ECF No. 31)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM |

Plaintiff Tommy Lee Thompson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on against Defendants E. Garcia-Fernandez, Bravo, Guerro, C. Castillo, and Gonzales ("Defendants") for excessive force in violation of the Eighth Amendment.

On August 7, 2023, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 31.) The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

1  On August 29, 2023, Defendants filed a notice of opt out of early settlement conference. (ECF No. 33.)  After discussing the case, and in light of Plaintiff's settlement demand, defense counsel in good faith finds that a settlement conference would be a waste of resources.  (*Id.*) Therefore, the stay is lifted, and the November 8, 2023, settlement conference is vacated.  This case is now ready to proceed.

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court.  However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action, (ECF No. 31), is LIFTED;
2. The November 8, 2023 settlement conference is VACATED;
3. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order and a consent/decline form to the parties; and
4. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated:   **August 30, 2023**         /s/ *Barbara A. McAuliffe*         
UNITED STATES MAGISTRATE JUDGE